UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

__________ DIVISION

# CIVIL COMPLAINT

| | | |
|---|---|---|
| ROY TRZPLETT, PC | ) | |
| Enter above the full name of Plaintiff or Plaintiffs in this action | ) | |
| vs. | ) | CASE NO. 13-912-CV-W-DW |
| OFFZCE OF U.S. DEPARTMENT OF STATE, SECRETARY JOHN KERRY AND NAMED DEFENDANTS | ) | |
| Enter above the full name of Defendant or Defendants in this action | ) | |

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff ROY TRZPLETT, PC

Address 3438 ELMWOOD AVENUE
K.C. MO 64128

B. Name of Defendant(s) - OFFZCE OF U.S. DEPARTMENT OF STATE, Postmaster General AND Executive OFFZCER, U.S.P.S. (United States Postal service), WZLMA Louise Jeaneau, Hub Operations manager (301 W. Pershing Rd. K.C. MO 64108). SECRETARY JOHN KERRY, SPEAKER OF THE HOUSE, JOHN A. BOEHNER, R-OHZO, MAXZNE WATERS, D-CALZFORNZA, JESSE JACKON, JR. FORMER REPresentative, D-ZLLZNOZS, FORMER VZCE-PRESZDENT, ALBERT GORE, JR., FORMER 42nd President, WZLLZAM JEFFERSON CLZNTON, FORMER 43rd VZCE President, WZLLZAM R.CH[illegible]; FORMER SENATOR, PAUL SZMON, D-MAZNE; PROFESSOR ALAN DERSHEWZTZ, HARVARD LAW School; FORMER SENATOR, TZM DASCHLE, D-WASHZNGTON; Burlington North SANTA FE Railroad, INC.) AND NAMED DEFENDANTS

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

The Plaintiff alleges that a detriment of penalty mail has misinformed

him of his political rights in the power of appointment such as the appointment Clause of the U.S. Constitution Art. II, Sec 2, Cl 2, is stipulated for a governing principle of mandating that appointed government officials should receive all correspondences from MEMBERS OF CONGRESS and the EXECUTIVE Branch.

## III. Relief

State briefly exactly what you want the Court to do for you.

The Plaintiff seeks a money damage reward for from the United States Postal Service, MEMBERS OF CONGRESS, and Former Public OFFICIALS of the EXECUTIVE Branch, with regard to all duties to regard use of "penalty mail" under TITLE 39 U.S.C. Section 3216, Reimbursements of frank mailings onto the accounts of TITLE 39 U.S.C. Section 2601, and TITLE 39 U.S.C. Section 2003, THE POSTAL SERVICE Fund.

Make no legal arguments. Cite no cases or statutes. THE Plaintiff seeks an injunction against the use of penalty mail for all Named Defendants under TITLE 39 U.S.C. Section 3202, Subsection (C), and TITLE 28 U.S. Section 2201(a)

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒ No ☐

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

Yes ☒ No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

THE Amounts claimed are $59 BILLION Dollars per hour for 28 weeks in compensatory awards and $204 TRILLION Dollars per day for 204 weeks of punitive damages; a full recovery of penalty mail from installments unto TITLE 39 U.S.C. Section 2601, and TITLE 39 U.S.C. Section 2003, THE Postal Service Fund.

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes ☒ No ☐

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☒ No ☐

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

THE WYNCHE LAW FIRM, INC. C/O ROY TRIPLETT, PC and (OWNER)
90999 S. WASHINGTON AVENUE
WASHINGTON, DC 20055

C. If you answered no, state your reasons why no such efforts have been made.

______________________________________________
______________________________________________
______________________________________________
______________________________________________

## VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes [X] No [X]

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

THE claims may have been represented unto the P.R.A. (Postal Regulatory Administration) under TITLE 39 U.S.C. Section 405, Specific Powers and the Postal Enhancement and Accountability Act, or (PEAA); for the classified premise of TITLE 39 U.S.C. Section 409(D), such as lawsuits against the United States Postal Service may occur from within the Commission.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

______________________________________________
______________________________________________
______________________________________________
______________________________________________

Signed this 17th day of September, 2013

[signature]
______________________________
Signature of Plaintiff or Plaintiffs