SCHOOL CENTER DISTRICT
Dr. Robert Bartman, Superintendent
8701 Holmes, Kansas City, Missouri 64131-2899
Telephone: (816) 349-3312
Fax: (816) 349-3431
E-mail: rbartman@center.k12.mo.us

***A Fully Accredited, Missouri A+ School District...***

October 21, 2013

United States District Court
Western District of Missouri
Attn: Shelly
400 E. 9th Street
Kansas City, MO 64106

RE: Civil Action #13-912-CV-W-DW

To Whom It May Concern:

In regards to the lawsuit that has been filed by Roy Triplett in the United States District Court –

- defendant Gene Propp, Former Counselor in Center School District, retired in 1995 and his address is unknown.
- defendant Gerald W. Culver, former counselor in Center School District, retired in 1995 and his address is unknown.
- Defendant Donald Beckman, although listed as a former superintendent of Center School District, never served in that position and we do not have any known address.

Because Center School District is not listed as a party to this lawsuit, we would like to be dismissed from the proceedings.

If you need to contact us for any reason, our address is
Dr. Robert Bartman, Superintendent
Center School District
8701 Holmes Road
Kansas City, MO 64131
816-349-3310

Sincerely,

Bob Bartman

Dr. Robert E. Bartman
Superintendent

xc Roy Triplett