SCHOOL CENTER DISTRICT
Dr. Robert Bartman, Superintendent
8701 Holmes, Kansas City, Missouri 64131-2899
Telephone: (816) 349-3312
Fax: (816) 349-3431
E-mail: rbartman@center.k12.mo.us

***A Fully Accredited, Missouri A+ School District...***

November 6, 2013

United States District Court
Western District of Missouri
Attn: Shelly
400 E. 9th Street
Kansas City, MO 64106

RE: Civil Action #13-912-CV-W-DW

To Whom It May Concern:

In regards to the lawsuit that has been filed by Roy Triplett in the United States District Court –

- AMENDED PLEAD to include as a defendant Dr. Robert E. Bartman, Superintendent, Center School District, was received November 5, 2013
- Dr. Robert E. Bartman was employed by the Center School District beginning July 1, 2004, and has been continuously employed since that date
- I, Robert E. Bartman, have no personal knowledge of Mr. Roy Triplett nor of any of the events and/or allegations referred to in the plaintiff's petition
- To the best of my knowledge the Center School District has no archival files referred to in plaintiff's petition

For the above reasons, I respectfully request that I be dismissed from the proceedings.

If you need to contact us for any reason, our address is

Dr. Robert Bartman, Superintendent
Center School District
8701 Holmes Road
Kansas City, MO 64131
816-349-3310

Sincerely,

Bob Bartman

Dr. Robert E. Bartman
Superintendent

xc Roy Triplett

All students will demonstrate high achievement, character and teamwork in a diverse community. Together, we achieve!