IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ROY TRIPLETT,

Plaintiff,

v.

OFFICE OF UNITED STATES DEPARTMENT OF STATE, SECRETARY JOHN KERRY, et al.,

Defendants.

Case No. 13-CV-00912-W-DW

# ORDER

Before the Court are motions for reconsideration filed by the pro se Plaintiff Roy Triplett (the "Plaintiff"). Docs. 79, 80. The Plaintiff appears to move the Court to reconsider its Order dated November 21, 2013, which dismissed this case for failure to state a claim upon which relief may be granted. Doc. 62. After reviewing the record, the Court finds no factual or legal basis to disturb its Order or subsequent Judgment. Therefore, it is hereby ORDERED that:

(1) the Plaintiff's motions for reconsideration (Docs. 79, 80) are DENIED; and

(2) with the exception of a notice of appeal, or any other document that is necessary to perfect an appeal of this case, the Plaintiff is prohibited from filing any further pleadings or documents in this case; and

(3) the Clerk of Court is directed to return to the Plaintiff, un-filed, any further pleadings or documents that Plaintiff attempts to file or submit in violation of this Order; and

(4) the Clerk of Court is directed to terminate all pending motions,[1] and to also mail a copy of this Order to the Plaintiff via regular and certified mail, return receipt requested, at his last known address.

IT IS SO ORDERED.

Date: December 20, 2013

/s/ Dean Whipple
Dean Whipple
United States District Judge

[1] The Plaintiff filed other motions, including a "Motion for Amended Plead," (Doc. 74) which fails to state a claim.